**Entered on Docket**
**March 30, 2011**

_Bruce A. Markell_
Hon. Bruce A. Markell
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787
**Attorney for Secured Creditor Navy Federal Credit Union**
11-70486

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 11-11419-bam |
|---|---|
| Fred Steven Ashcraft, aka Steven Ashcraft, aka Bighorn Maintenance Group Debtors. | Date: 3/22/2011 Time: 1:30 pm Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

Creditor Navy Federal Credit Union, its assignees and/or successors in interest, of the subject property,

generally described as 2335 Los Feliz, Las Vegas, NV 89156.

///

///

///

Submitted by:

**TIFFANY & BOSCO, P.A.**

By: _#10235_

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____

**Thomas Burns**
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____

**David A. Rosenberg**
Chapter 7 Trustee

1  Submitted by:

2  **TIFFANY & BOSCO, P.A.**

3  By:_____

4  **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor

5  APPROVED / DISAPPROVED

6  By:_____

7  **Thomas Burns**

8  Attorney for Debtor(s)

9  **APPROVED / DISAPPROVED**

10 By:_____

   **David A. Rosenberg**
11 Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order           _____ disapproved the form of this order

_____ waived the right to review the order and/or      _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order           _____ disapproved the form of this order

_____ waived the right to review the order and/or      __X__ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor